# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re:

| | |
|---|---|
| ADA'S CREATIONS, INC.<br>Debtor-in-Possession | B.K. NO. 15-11836<br>Chapter 11 |

## APPLICATION TO EMPLOY ATTORNEY

The Application of Ada's Creations, Inc. ("Debtor-in-Possession") respectfully represents:

1. On September 24th, 2015, the Debtor filed a Petition herein under Chapter 11 of the Bankruptcy Code.

2. The Debtor has remained in possession of this property and is now the Debtor-in-Possession operating its business pursuant to 11 U.S.C. 1107 and 1008.

3. Debtor, as Debtor-in-Possession, wishes to employ The Law Office of Douglas H. Smith, which firm is comprised of an attorney duly admitted to practice before this Court.

4. The applicant has selected said attorney for the reason that he has had experience in matter of this character and believes that he is qualified to represent it as Debtor-in-Possession in this proceeding.

5. The profession services that said attorney is to render:

   (a) To give the Debtor advice with respect to its powers and duties as Debtor-in-Possession in the continued operation of its business and management of its property;

   (b) to prepare on behalf of applicant as Debtor-in-Possession, necessary applications, answers, orders, reports and other legal papers;

(c) To assist in formulating a plan for the payment of creditors and to negotiate with banks and other financial institutions; and

(d) To generally perform all other legal services of the Debtor as Debtor-in-Possession which may be necessary in the furtherance of these proceedings.

6. It is necessary for the Debtor-in-Possession to employ an attorney to render such professional services.

7. To the best of Debtor's knowledge, the member of the Law Office of Douglas H. Smith is a disinterested party and has no connection with the creditors or any party-in-interest or their respective attorneys which would preclude him from representation of the Debtor as Debtor-in-Possession.

8. Applicant desires to employ The Law Office of Douglas H. Smith because of the extensive legal services required.

9. Applicant believes that the employment of The Law Office of Douglas H. Smith would be in the best interest of this estate.

WHEREFORE, Applicant prays that it be authorized to employ and appoint The Law Office of Douglas H. Smith to represent it as Debtor-in-Possession in this proceeding under Chapter 11 of said Code, at a rate of compensation to be determined by this Court.

ADA'S CREATIONS, INC.

/s/ Acelia A. Terrero
Acelia A. Terrero, President

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24th, 2015, I electronically filed Debtor's Application to Employ Attorney with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically.

      Gary L. Donahue        ustpregion01.ecf@usdoj.gov;
                                                          gary.l.donahue@usdoj.gov

      And I hereby certify that on September 24th, 2015, I have mailed by United States Postal Service, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

                                                    /s/ Douglas H. Smith    #2219
                                                    140 Reservoir Avenue
                                                  Providence, RI 02907
                                                  Tel.: 401-467-3590
                                                  Fax: 401-467-5111
                                                  lodhs5113@cox.net

DW/ADAS