# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:

ADA'S CREATIONS, INC.
Debtor-in-Possession

B.K. NO. 15-11836
Chapter 11

## AFFIDAVIT OF PROPOSED ATTORNEY

I, DOUGLAS H. SMITH, on oath depose and say:

1.  I am an attorney and counselor-at-law, and I am duly admitted to practice in the State of Rhode Island and in this Court.

2.  I maintain an office for the practice of law at 140 Reservoir Avenue, Providence, Rhode Island 02907.

3.  To the best of my knowledge, I am a disinterested party and have no connection with Ada's Creations, Inc., the above-named Debtor, its creditors, or any other party-in-interest therein or their respective attorneys.

/s/ Douglas H. Smith

Subscribed and sworn to before me this          day of September, 2015.

/s/ Lynda L. Bagley
Notary Public
My commission expires:    8/7/17

DW/ADAS