UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

ADA'S CREATIONS, INC.           B.K. NO. 15-11836
Debtor-in-Possession          Chapter 11

## CERTIFICATE OF CORPORATE RESOLUTION

I, ACELIA A. TERRERO, certify:

1. That I am the President of the above-named Debtor-in-Possession corporation; and

2. That a resolution of the Board of said corporation authorized the filing of a voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

/s/ Acelia A. Terrero
Acelia A. Terrero, President

Subscribed and sworn to before me this _____ day of September, 2015.

/s/ Douglas H. Smith
Notary Public
My commission expires: __6/30/17__

DW/ADAS

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24th, 2015, I electronically filed Debtor's Certificate of Corporate Resolution with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically.

    Gary L. Donahue                  ustpregion01.ecf@usdoj.gov;
                                                    gary.l.donahue@usdoj.gov

    And I hereby certify that on September 24th, 2015, I have mailed by United States Postal Service, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

                                               /s/ Douglas H. Smith      #2219
                                               140 Reservoir Avenue
                                               Providence, RI 02907
                                               Tel.: 401-467-3590
                                               Fax: 401-467-5111
                                               lodhs5113@cox.net

DW/ADAS