# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Ada's Creations, Inc.

Case Number: 1:15-bk-11836   Ch: 11

**MOVANT/APPLICANT/PARTIES:**

Motion For Entry of Order Authorizing Use of Cash Collateral (Doc. #40)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After hearing held on November 30, 2015, and for the reasons stated on the record and based on the representations of Debtor Ada Creations, Inc. ("Corporate Debtor"), by and through its counsel, by December 1, 2015, the Corporate Debtor shall file an amended motion for use of cash collateral and a proposed order (that also accurately refers to the property of the Corporate Debtor to which the motion and proposed order relate), and serve the same in accordance with Federal Bankruptcy Rule 4001(b)(1)(C). A hearing on the same will be held at 10:00 a.m. on December 21, 2015 (assuming the motion and proposed order are timely filed), which hearing may be canceled if no objections are filed. Pending such filing and conditioned on approval of the holder of the lien against the cash collateral in light of the hearing and this Order, the Corporate Debtor is authorized to use cash collateral up to $9,500.00 through December 21, 2015, for the expenses stated on the record.

IT IS SO ORDERED:

_Diane Finkle_   Dated: _____

Diane Finkle, U.S. Bankruptcy Judge