**Fill in this information to identify your case:**

Debtor 1: Ada's Creations, Inc.

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: District of Rhode Island

Case number (If known): 15-11836  Chapter 11

☑ Check if this is an amended filing

Official Form 106D     AMENDED

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A – Amount of claim (Do not deduct the value of collateral) | Column B – Value of collateral that supports this claim | Column C – Unsecured portion If any |
|---|---|---|---|

**2.1**
Creditor's Name: Prov. Econ. Dev. Part. Inc.
Number Street: c/o Stephen A. Izzi, Esq.
160 Westminster St., Ste. 400
City: Providence  State: RI  ZIP Code: 02903

Describe the property that secures the claim:
Liquor License, Equipment & Furnishings and Inventory

$283,000.00   $50,000.00   $233,000.0(

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

/s/ Acelia A. Terrero
December 3, 2015

**2.2**
Creditor's Name: 
Number Street: 
City:  State:  ZIP Code: 

Describe the property that secures the claim:

$_____  $_____  $_____

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: $ 283,000.00

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 1