UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | ADA'S CREATIONS, INC.<br>Debtor-in-Possession | B.K. NO. 15-11836<br>Chapter 11 |

Consolidated on 10/14/15 with:

| | | |
|---|---|---|
| | ISAIAS LEONEL TERRERO<br>ACELIA A. TERRERO<br>Debtors-in-Possession | B.K. NO. 15-11812<br>Chapter 11 |

EXHIBIT "D"

**PROFESSIONAL SERVICES RENDERED**

| Date | Description | Hours |
|---|---|---|
| 9/23/15 | Conference with Debtors principal Study/review Debtor's documents | 1.2 hrs. |
| 9/24/15 | Preparation/drafting of Chapter 11 Petition for Ada's Creations, Inc. | 3.5 hrs. |
| 9/24/15 | Preparation/drafting of Application to Employ Douglas H. Smith with Affidavit and Proposed Order | 1.5 hrs. |
| 9/24/15 | Preparation/drafting of Corporate Resolution/ Corporate Vote | .5 hrs. |
| 9/25/15 | Study/review of 14 Day Order | .1 hrs. |
| 9/25/15 | Study/review of Chapter 11 Order and Notice | .2 hrs. |
| 9/27/15 | Study/review of BNC Certificate of Service | .1 hrs. |
| 9/28/15 | Preparation/drafting of Certificate of Service | .2 hrs. |
| 9/28/15 | Study/review of Corrective Action is Required by Filer | .1 hrs. |
| 9/30/15 | Study/review of Notice to the Court | .1 hrs. |
| 10/1/15 | Study/review of Meeting with Creditors | .1 hrs. |
| 10/5/15 | Study/review of Notice of Appearance and Request for Notice | .1 hrs. |

| Date | Description | Hours |
|---|---|---|
| 10/8/15 | Preparation/drafting of Missing Document(s) (23 pages) | 4.5 hrs. |
| 10/8/15 | Preparation/drafting of Certificate of Service | .1 hrs. |
| 10/13/15 | Preparation/drafting of Amended Application to Employ Douglas H. Smith | 1.2 hrs. |
| 10/13/15 | Preparation/drafting of Amended Schedule(s)/Statements | 1.1 hrs. |
| 10/13/15 | Preparation/drafting of Certificate of Service | .1 hrs. |
| 10/14/15 | Study/review of Corrective Action is Required by Filer | .1 hrs. |
| 10/14/15 | Preparation/drafting of Amended Application/Motion (6 pages) | .5 hrs. |
| 10/15/15 | Preparation/drafting of Motion to Consolidate Lead Case 15-11836 (4 pages) | 1.2 hrs. |
| 10/19/15 | Study/review of Notice of Appearance and Request of Notice | .1 hrs. |
| 10/21/15 | Appearance/representation at Status Hearing | 1.8 hrs. |
| 10/21/15 | Study/review of PDF with attached Audio File | .1 hrs. |
| 11/3/15 | Preparation/drafting of Application to Employ M. David Seidman as Accountant with Affidavit | 1.8 hrs. |
| 11/4/15 | Appearance/representation at Status Hearing and Continued | 1.6 hrs. |
| 11/4/15 | Study/review of Order Granting Motion for Joint Administration | .1 hrs. |
| 11/4/15 | Study/review of Order Granting Amended Application to Employ Douglas H. Smith | .1 hrs. |
| 11/20/15 | Preparation/drafting of Motion for Emergency Hearing | 1.2 hrs. |
| 11/20/15 | Study/review of Order Granting Motion for Emergency Hearing | .1 hrs. |

| Date | Description | Hours |
|---|---|---|
| 11/20/15 | Study/review of Objection/Response Deadline | .1 hrs. |
| 11/24/15 | Study/review of Order Granting Application to Employ M. David Seidman | .1 hrs. |
| 11/30/15 | Appearance/representation at Hearing held on Cash Collateral | 1.8 hrs. |
| 11/30/15 | Study/review of Order on 40 Motion to Use Cash Collateral | .1 hrs. |
| 12/1/15 | Preparation/drafting of Application/Motion For Entry of Consent Order on Cash Collateral | 2.4 hrs. |
| 12/1/15 | Preparation/drafting of Proposed Order (19 pages) | 1.5 hrs. |
| 12/2/15 | Preparation/drafting of Certificate of Service | .2 hrs. |
| 12/4/15 | Preparation/drafting of Amended Schedule(s)/ Statements | 1.5 hrs. |
| 12/4/15 | Preparation/drafting of Addendum | .5 hrs. |
| 12/15/15 | Study/review of Debtor-in-Possession Monthly Operating Report | .2 hrs. |
| 12/21/15 | Preparation/drafting of Conditional Order | .5 hrs. |
| 12/21/15 | Study/review of Final Hearing Notice | .2 hrs. |
| 1/14/16 | Study/review of Debtor-in-Possession Monthly Operating Report | .2 hrs. |
| 1/14/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period December 1- December 31, 2015 | .2 hrs. |
| 1/22/16 | Preparation/drafting of Proposed Order on Cash Collateral (17 pages) | 1.5 hrs. |
| 1/25/16 | Preparation/drafting of Proposed Order Amended Cash Collateral | 1.0 hrs. |
| 2/3/16 | Appearance/representation of Meeting Held and Adjourned on Cash Collateral | 1.2 hrs. |

| Date | Description | Time |
|---|---|---|
| 2/9/16 | Study/review of Order Denying Without Prejudice | .2 hrs. |
| 2/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report | .2 hrs. |
| 2/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing period of January 2016 | .2 hrs. |
| 2/16/16 | Preparation/drafting of Application/Motion to Reconsider February 9, 2016 Order Denying Without Prejudice on Cash Collateral | 2.1 hrs. |
| 2/18/16 | Preparation/drafting of Amended Schedules | .5 hrs. |
| 2/22/16 | Study/review of Deadlines Updated | .1 hrs. |
| 3/7/16 | Study/review of Order Granting Motion to Reconsider February 9, 2016 Order Denying Without Prejudice | .1 hrs. |
| 3/7/16 | Preparation/drafting of Conditional Order Motion For Entry of Consent Order Authorizing Use of Cash Collateral (18 pages) | 1.5 hrs. |
| 3/7/16 | Study/review of Final Hearing Consent Order Authorizing Mr. & Ms. Terrero's Use of Cash Collateral | .2 hrs. |
| 3/9/16 | Study/review of BNC Certificate of Service (18 pages) | .1 hrs. |
| 3/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of February 2016 | .2 hrs. |
| 3/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period February 2016 | .2 hrs. |
| 3/16/16 | Appearance/representation of Status Hearing Held And Continued | 1.1 hrs. |
| 4/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of March 2016 | .2 hrs. |
| 4/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period March 2016 | .2 hrs. |

| Date | Description | Hours |
|---|---|---|
| 5/13/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of April 2016 | .2 hrs. |
| 5/13/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of April 2016 | .2 hrs. |
| 6/1/16 | Appearance/representation at Status Hearing Held And Continued | 1.3 hrs. |
| 6/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of May 2016 | .2 hrs. |
| 6/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of May 2016 | .2 hrs. |
| 7/13/16 | Appearance/representation at Status Hearing Held And Continued | 1.1 hrs. |
| 7/18/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of June 2016 | .2 hrs. |
| 7/18/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of June 2016 | .2 hrs. |
| 7/20/16 | Preparation/drafting of Chapter 11 Plan of Reorganization (18 pages) | 4.5 hrs. |
| 7/20/16 | Preparation/drafting of Disclosure Statement (19 pages) | 3.2 hrs. |
| 7/23/16 | Preparation/drafting of Certificate of Notice | .1 hrs. |
| 7/26/16 | Study/review of Vacated Order and Notice of Hearing on Conditional Approval | .2 hrs. |
| 8/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of July 2016 | .2 hrs. |
| 8/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of July 2016 | .2 hrs. |
| 8/15/16 | Study/review of Objection filed by Assistant U.S. Trustee | 2.0 hrs. |
| 8/17/16 | Appearance/representation for Hearing Held on Disclosure of Statement and Plan | 1.5 hrs. |

| Date | Description | Hours |
|---|---|---|
| 8/17/16 | Study/review of Order Denying Approval of Disclosure Statement and Chapter 11 Plan | .1 hrs. |
| 9/8/16 | Preparation/drafting of Disclosure Statement First Amended | 2.1 hrs. |
| 9/8/16 | Preparation/drafting of Chapter 11 Plan of Reorganization First Amended | 2.0 hrs. |
| 9/16/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of August 2016 | .2 hrs. |
| 9/16/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of August 2016 | .2 hrs. |
| 10/11/16 | Study/review of Objection Filed by Assistant U.S. Trustee | 1.2 hrs. |
| 10/17/16 | Preparation/drafting of Second Amended Chapter 11 Plan | 2.1 hrs. |
| 10/17/16 | Preparation/drafting of Second Amended Disclosure Statement (19 pages) | 2.0 hrs. |
| 10/17/16 | Study/review of Order on Second Amended Chapter 11 Plan | .1 hrs. |
| 10/17/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of September 2016 | .2 hrs. |
| 10/17/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of September 2016 | .2 hrs. |
| 10/19/16 | Preparation/drafting of Second Amended Disclosure Statement (17 pages) | 1.2 hrs. |
| 10/19/16 | Preparation/drafting of Second Amended Chapter 11 Plan | 1.0 hrs. |
| 11/2/16 | Study/review of Motion to Extend Until November 7, 2016 to File Response | .1 hrs. |
| 11/7/16 | Study/review of Objection Filed by Assistant U.S. Trustee | 1.5 hrs. |
| 11/09/16 | Appearance/representation at Hearing Held and Continued on Plan and Disclosure Statement | 1.1 hrs. |
| 11/9/16 | Study/review of Order | .2 hrs. |

| Date | Description | Hours |
|---|---|---|
| 11/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of October 2016 | .2 hrs. |
| 11/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of October 2016 | .2 hrs. |
| 12/9/16 | Preparation/drafting of (Feasibility Statement) | 1.2 hrs. |
| 12/14/16 | Appearance/representation of Hearing Held and Continued on Plan and Disclosure Statement | 1.1 hrs. |
| 12/14/16 | Study/review of Order Regarding Second Amended Disclosure Statement | .2 hrs. |
| 12/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for the Period of November 2016 | .2 hrs. |
| 6/15/16 | Study/review of Debtor-in-Possession Monthly Operating Report for Filing Period of November 2016 | .2 hrs. |
| 12/30/16 | Preparation/drafting of Third Amended Chapter 11 Plan (20 pages) | 2.1 hrs. |
| 12/30/16 | Preparation/drafting of Third Amended Chapter 11 Plan (33 pages) | 2.1 hrs. |
| 1/4/17 | Appearance/representation of Hearing Held on Plan and Disclosure Statement | 1.1 hrs. |
| 1/6/17 | Preparation/drafting of Fourth Amended Disclosure Statement (32 pages) | 1.1 hrs. |
| 1/6/17 | Preparation/drafting of Fourth Amended Chapter 11 Plan (19 pages) | 1.1 hrs. |
| 1/9/17 | Study/review of Order Approving Disclosure Statement and Setting Hearing on Confirmation | .2 hrs. |
| 1/11/17 | Preparation/drafting of Chapter 11 Ballots and Certificate of Service | .2 hrs. |

| 2/17 | Preparation/drafting Report on Ballots and proposed Order of Distribution of Chapter 11 and Proof of Deposit | * .8 hrs. |
|---|---|---|
| | Preparation/drafting confirmation worksheet and Certificate | * .5 hrs. |
| | Preparation/drafting Chapter 11 Affidavit of Compliance | * .4 hrs. |
| | Preparation/drafting Motion for entry of Final Decree | * .4 hrs. |
| | Appearance/representation at confirmation Hearing | * 1.5 hrs. |
| | Preparation/drafting Order Confirming Chapter 11 Plan | * .4 hrs. |
| | **TOTAL HRS. 89.90 @ $350.00** | **$31,465.00** |

Disbursements:

| 9/24/15 | Chapter 11 Petition | $1,717.00 | |
|---|---|---|---|
| 10/13/15 | Amended Schedules | $ 30.00 | |
| 12/2/15 | Amended Schedules | $ 30.00 | |
| 1/2816 | Amended Schedules | $ 30.00 | |
| 2/18/16 | Amended Schedules | $ 30.00 | |
| 9/24/15-Present | Mailings (Est.) | $ 125.00 | $1,962.00 |

|  | **TOTAL BALANCE DUE** | **$33,427.00** |
|---|---|---|
|  | **Retainer paid** | **-$7,500.00** |
|  | **TOTAL DUE** | **$25,927.00** |